A02A0698. BLANEY et al. v. O'HERON et al.
(588 SE2d 852)

ADAMS, Judge.

In *O'Heron v. Blaney*, 276 Ga. 871 (583 SE2d 834) (2003), the Supreme Court reversed the decision of this Court in *Blaney v. O'Heron*, 256 Ga. App. 612 (568 SE2d 774) (2002), in which this Court reversed the judgment of the trial court. Accordingly, this

---

Court's opinion is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Ruffin, P. J., and Barnes, J., concur.*

DECIDED OCTOBER 21, 2003.

*Moraitakis, Kushel & Pearson, Nicholas C. Moraitakis, Albert M. Pearson III,* for appellants.

*Allen & Weathington, Hunter S. Allen, Jr., Kara A. Hicks,* for appellees.